AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____Delaware_____

C & D Contractors, Inc.
      Plaintiff,
    V.
Toni Wilson,
      Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 5    8 2 0

TO: (Name and address of Defendant)

Colm F. Connolly, U. S. Attorney
U. S. Attorney's Office - District of DE
1007 Orange Street, Suite 700
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert K. Beste, Jr., Esq. (I. D. No. 154)
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
1007 Orange Street, Suite 205    (Nemours Bldg.)
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            12/1/05
CLERK                                        DATE

_[signature]_
(By) DEPUTY CLERK

₳O 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/1/05 @ 12:50 PM |
| NAME OF SERVER (PRINT)<br>ROBERT DELACY | TITLE<br>SPS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☒ Other (specify):  SERVED LAUREN WILLIAMS, AUTHORIZED TO ACCEPT SERVICE
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/1/05
              Date

Signature of Server
D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE   19809

Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.