AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

C & D Contractors, Inc.
   Plaintiff,
  V.
Toni Wilson,
   Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   0 5   8 2 0

TO: (Name and address of Defendant)

Ms. Toni Wilson, Contracting Officer
Department of Veteran Affairs
Medical and Regional Office Center
1601 Kirkwood Highway
Wilmington, DE 19805

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert K. Beste, Jr., Esq. (I. D. No. 154)
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
1007 Orange Street, Suite 205   (Nemours Bldg.)
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO      12/1/05
CLERK           DATE

_/s/ Monica Mosley_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/2/05 @ 10:45 am |
| NAME OF SERVER (PRINT) RONALD LENNON | TITLE SPS |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1601 Kirkwood Hwy., Wilm., DE 19805 (white female, brown hair, 40, 5'9, 160 lbs)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/2/05
            Date

Signature of Server  *Ronald Lennon*
D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE  19809
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.