IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C&D CONTRACTORS, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-820-KAJ |
| | : | |
| TONI WILSON, et al. | : | |
| | : | |
| Defendants | : | |

**RESPONDENT'S MOTION TO DISMISS FOR LACK OF
SUBJECT MATTER JURISDICTION AND FOR FAILURE
TO STATE A CLAIM UPON WHICH RELIEF CAN BE
<u>GRANTED, PURSUANT TO FED.R.CIV.P. 12(b)(1) AND 12(b)(6)</u>**

Respondent, Toni Wilson, hereby moves the Court to Dismiss the Petition for Writ of Mandamus filed by C&D Contractors, Inc ("C&D), and in support thereof avers as follows:

1.  C&D's claim arises from a government contract between the Department of Veterans Affairs ("VA") and PBM Construction Group ("PBM"). See Petition for Writ of Mandamus, paragraph 5 (hereinafter "Petition at ¶. __"). C&D performed certain work as a subcontractor on that contract. Petition at ¶. 6.

2.  Pursuant to the Contract Disputes Act, 41 U.S.C. 601 et seq ("CDA"), claims arising from the performance of a government contract are exclusively within the jurisdiction of the Court of Federal Claims. *See Eagle Fence Co., Inc. v. V. S. Electric, Inc*., 324 F.Supp. 2d 621, 627 (E.D.Pa. 2004).

3.  Because there is no privity of contract between the parties, the Respondent does not owe any legal duty to the Petitioner under the contract. *See Acousti v. United States*,

15 Cl. Ct. 698 (1988). Moreover, the Act Petitioner seeks to compel is discretionary, not ministerial. Thus, there is no basis for a mandamus action under 28 U.S.C. § 1361.

Accordingly, Respondent moves the Court to dismiss the Petition for Writ of Mandamus for lack of subject matter jurisdiction, and also for failure to state a claim upon which relief can be granted.

        Respectfully,

        COLM F. CONNOLLY
        United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Bldg.
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov

Dated: January 30, 2006

IT IS SO ORDERED this _____ day of _____, 2006

_____
HONORABLE KENT A. JORDAN
District Judge
United States District Court

**CERTIFICATE OF SERVICE**

       I, Patricia C. Hannigan, hereby certify that on **January 30, 2006**, I electronically filed the foregoing **RESPONDENT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, PURSUANT TO FED.R.CIV.P. 12(b)(1) AND (6)** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**Robert K. Beste, Jr., Esquire**
**Edward Seglias, Esquire**
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801
(302) 425-5089
rbeste@cohenseglias.com

                                          COLM F. CONNOLLY
                                          United States Attorney

                             By:   /s/Patricia C. Hannigan
                                  Patricia C. Hannigan
                                  Assistant United States Attorney
                                  Delaware Bar I.D. No. 2145
                                  The Nemours Building
                                  1007 Orange Street, Suite 700
                                  P. O. Box 2046
                                  Wilmington, DE 19899-2046
                                  (302) 573-6277
                                  Patricia.Hannigan@usdoj.gov