## CERTIFICATE OF SERVICE

I, Edward Seglias, Esquire, do hereby certify, that on this 13th day of February, 2006, the "Response to Respondent's Opening Brief in Support of Its Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim Upon Which Relief Can Be Granted" was given to the following electronically and by the method indicated below:

**BY FIRST-CLASS MAIL**

Patricia C. Hannigan, Esquire
Assistant United States Attorney
U. S. Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19801

Colm F. Connolly, Esquire
United States Attorney
U. S. Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19801

                                              Cohen, Seglias, Pallas,
                                              Greenhall & Furman, P.C.

                                              _/s/ Edward Seglias_
                                              Edward Seglias, Esq. (ID #2822)
                                              Robert K. Beste, Jr. (ID #154)
                                              1007 N. Orange Street
                                              Nemours Building, Suite 205
                                              Wilmington, DE 19801
                                              (302)425-5089
                                              Attorneys for Plaintiff

RKB/msj
05118-0022