# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

March 28, 2006

Robert K. Beste, Esq.
Cohen, Seglias, Pallas Greenhall &
 Furman, P.C.
1007 Orange Street - #205
Wilmington, DE  19801

Patricia C. Hannigan, Esq.
Assistant United States Attorney
1007 Orange Street - #700
Wilmington, DE  19801

Re: C&D Contractors, Inc. v. Toni Wilson, et al.
<u>Civil Action No. 05-820-KAJ</u>

Dear Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:  Clerk of the Court