## CERTIFICATE OF SERVICE

I, Robert K. Beste, Jr., Esquire, do hereby certify, that on this 12th day of April, 2006, "Plaintiff's Initial Disclosures Pursuant to Rule 26(a)(1)," was given to the following, both electronically and by facsimile:

Patricia C. Hannigan, Esquire
Assistant United States Attorney
U. S. Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19801
*(Facsimile: 573-6220)*

                     **Cohen, Seglias, Pallas,
                     Greenhall & Furman, P.C.**

                     */s/ Robert K. Beste, Jr.*
                     Edward Seglias, Esq. (ID #2822)
                     Robert K. Beste, Jr. (ID #154)
                     1007 N. Orange Street
                     Nemours Building, Suite 205
                     Wilmington, DE 19801
                     (302)425-5089
                     Attorneys for Plaintiff

RKB/msj
05118-0022