IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C&D CONTRACTORS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 05-820-KAJ |
| TONI WILSON, | ) ) ) |
| Defendant. | ) ) |

### ORDER

At Wilmington this **18th** day of **April, 2006,**

IT IS ORDERED that the Rule 16 Scheduling Teleconference presently set for **April 18, 2006 at 10:30 a.m.** is hereby rescheduled to **May 15, 2006 at 9:30 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

Counsel are reminded that three (3) business days prior to the teleconference they are to file with the court their proposed scheduling order.

_____
UNITED STATES DISTRICT JUDGE