# COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC

ROY S. COHEN⁰*
JOHN A. GREENHALL⁰*•
GEORGE E. PALLAS⁰*•
EDWARD SEGLIAS*
MARC FURMAN⁰*
MARIAN A. KORNILOWICZ⁰*•‡≈
JASON A. COPLEY⁰*•
SHAWN R. FARRELL⁰*•
ROBERTA FRANKEL BLOOM⁰*•
THOMAS C. ZIPFEL⁰*•
EDWARD T. DELISLE⁰*•
ROBERT K. BESTE*
J. KENNETH HARRIS⁰*•
KENT A. F. WEISERT⁰•

SENIOR COUNSEL
HERMAN E. CARDONI⁰*
KEVIN B. WATSON⁰*‡¹

OF COUNSEL:
STEVEN B. SILVERMAN⁰*
LONNY S. CADES⁰*

NEMOURS BUILDING
1007 ORANGE STREET, SUITE 205
WILMINGTON, DELAWARE

TEL: 302.425.5089 • FAX: 302.425.5097
www.cohenseglias.com

JAMIE L. SANDMAN ⁰*•
RENE DAVID QUINLAN ⁰*
JANET L. TREIMAN ⁰*•
LEONARD A. WINDISH ⁰*•
LANE F. KELMAN ⁰*•
CARTER N. WILLIAMSON ⁰*•
DOUGLAS E. BURRY ⁰* •
JENNIFER M. HORN ⁰*•∞
JONATHAN LANDESMAN ⁰*‡

WILLIAM J. MEYER ⁰*+
DANA B. OSTROVSKY ⁰*•
STANLEY R. GENTILE *•
LUCY H. HALATYN ⁰*≈‡
THOMAS N. SWEENEY ⁰*•
LISA M. WAMPLER ⁰*
JOSHUA KOHNER ⁰*•†
PATRICK J. KEARNEY ⁰*•
MATTHEW S. BURNS ⁰*•
JOHN J. GRAHAM, JR. ⁰*•
GAETANO P. PICCIRILLI ⁰*•

NOT ADMITTED IN DE ⁰
ALSO ADMITTED IN PA *
ALSO ADMITTED IN NJ •
ALSO ADMITTED IN NY ‡
ALSO ADMITTED IN MA ≈
ALSO ADMITTED IN GA †
ALSO ADMITTED IN MD ♦
ALSO ADMITTED IN DC ∞
ALSO ADMITTED IN WV +
ALSO ADMITTED IN KY ¹

April 24, 2006

The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 N. King Street
Lockbox 10
Wilmington, DE 19801

RE: **C&D Contractors, Inc. v. Toni Wilson; Case No. 05-820 (KAJ)**

Dear Judge Jordan:

This office represents Plaintiff in the captioned action. I am pleased to enclose a Scheduling Order, which has been agreed upon by counsel for both parties, subject to the Court's approval. Counsel understand this matter will be reviewed at the Scheduling Conference, which is presently scheduled for May 15, 2006, at 9:30 a.m.

Respectfully submitted,

ROBERT K. BESTE, JR.

RKB/msj
Enclosure
cc: Patricia Hannigan, Esq. (w/ encl.)
    C & D Contractors, Inc. (w/ encl.)
    Edward Seglias, Esq. (w/ encl.)
05118-0022