IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

C&D CONTRACTORS, INC.

        Plaintiff,

    v.                                      Civil Action No. 05-820-KAJ

TONI WILSON,

        Defendant.

## NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **May 19, 2006,** copies of the

**DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P 26(a)(1)** was

served, via First Class U.S. Mail, postage prepaid, upon counsel at the following address:

**Robert K. Beste, Jr., Esquire**
**Edward Seglias, Esquire**
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
1007 Orange Street
Nemours Building, Suite 205
Wilmington, DE 19801
(302) 425-5089
rbeste@cohenseglias.com

                                        COLM F. CONNOLLY
                                        United States Attorney

                                  By:  /s/Patricia C. Hannigan
                                        Patricia C. Hannigan
                                        Assistant United States Attorney
                                        Delaware Bar I.D. No. 2145
                                        The Nemours Building
                                        1007 Orange Street, Suite 700
                                        P. O. Box 2046
                                        Wilmington, DE 19899-2046
                                        (302) 573-6277
                                        Patricia.Hannigan@usdoj.gov