

**COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC**

Robert K. Beste, Jr.
Attorney At Law

Nemours Building, Suite 1130
1007 Orange Street
Wilmington, DE 19801

T: 302.425.5089 | F: 302.425.5097
rbeste@cohenseglias.com
www.cohenseglias.com

July 18, 2006

**Filed Electronically**
The Honorable Kent A. Jordan
U. S. District Court for the District of Delaware
844 N. King Street
Lockbox 10
Wilmington, DE 19801

   RE: **C&D Contractors, Inc. v. Toni Wilson**
      **Case No. 05-820 (KAJ)**

Dear Judge Jordan:

  I am pleased to attach the Scheduling Order, which has been agreed upon by counsel for both parties, subject to the Court's approval.

           Respectfully submitted,

           ROBERT K. BESTE, JR.

RKB/msj
Enclosure
cc: Patricia C. Hannigan, Assistant U. S. Attorney (w/ encl.)
   C & D Contractors, Inc. (w/ encl.)
05118-0022